UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

JAMAL TAYLOR

    Plaintiff,

V.                                                        CIVIL ACTION NO.

PENTAGROUP FINANCIAL, LLC

    Defendant.                                            JUNE 2, 2008

## COMPLAINT

### I.  INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Jamal Taylor , as individual consumer, against Defendant PentaGroup Financial, LLC hereinafter (Penta") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.  JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k (d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.  Venue in this District is proper in that the defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff Jamal Taylor is a natural person residing in the City of Baltimore, Baltimore County and the State of Maryland.

4. Defendant, Penta, is a foreign corporation engaged in the business of collecting debt in this State with a place of business located at 3065 Union Road, Orchard Park, NY 14127and is authorized to do business in Maryland.  The principal purpose of Defendant's business is the collection of debts and defendant regularly attempts to collect debts alleged to be due another.

5.  Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempt to collect consumer debts alleged to be due to another.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. During the month of May 2008 Defendant made several telephone calls to the home and phone of Plaintiff's mother in an attempt to locate Plaintiff Taylor and leaving messages with Plaintiff's mother.

7. On or about May 7, 2008 defendant contacted the home and phone of Plaintiff mother and advised her that Jamal Taylor was past due on an account with Sprint.

8. On or about May 10, 2008 defendant contacted the home and phone of Plaintiff mother and advised her that Jamal Taylor was past due on an account with Sprint and provided her an amount past due and owed to Sprint.

9.  As a result of the acts alleged above, Plaintiff has been damaged.

## V.  CLAIM FOR RELIEF

10.  Plaintiff repeats and re-alleges and incorporates by reference to the foregoing paragraphs.

11.   In the collection efforts, the defendant violated the FDCPA, inter alia, section §1692c (b).

12.  As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiff Jamal Taylor for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff Taylor respectfully requests that judgment is entered against defendant for the following:

A.  Declaratory judgment that Defendant's conduct violated the FDCPA;

B.  Actual damages;

C.  Statutory damages pursuant to 15 U.S.C. § 1692k;

D.  Costs and reasonable attorney's fees pursuant to 15 US. 1692k (3).

E.  For such other and further relief as the Court may deem just and proper.

THE PLAINTIFF

BY_____
Bernard T. Kennedy, Esquire
207 Miles River Court
Odenton, MD 21113
Ph   (410) 305-4000
Fax (410) 305-4005
Fed. Bar # Md26843
bernardtkennedy@yahoo.com