UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

JAMAL TAYLOR

    Plaintiff,

V.                                                      CIVIL ACTION NO.
                                                        1:08-cv-01426-BEL

PENTAGROUP FINANCIAL, LLC

    Defendant.                                             SEPTEMBER 11, 2008

## NOTICE OF DISMISSAL

The plaintiff through his attorney Bernard T. Kennedy withdraws the above captioned action with prejudice, and without costs, subject to approval of the Court.

                                                                                   THE PLAINTIFF

                                                                              BY/S/Bernard T. Kennedy
                                                                               Bernard T. Kennedy, Esquire
                                                                               P.O. Box 657
                                                                               Edgewater, MD 21113
                                                                               Ph   (443) 607-8901
                                                                               Fax (443) 607-8903
                                                                               Fed. Bar # Md26843
                                                                               bernardtkennedy@yahoo

## *CERTIFICATION*

I hereby certify on today's date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy